UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 09-00670 SJO (AJWx)  **DATE:** September 28, 2009

**TITLE:** Deckers Outdoor Corporation v. Ronald Verre a/k/a Ron Verre, et al.

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                                         Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

Case should have been closed on Consent Judgment[22] filed on 6/5/09. Make JS-6